NICHOLAS M. WAJDA
Nevada State Bar No. 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702) 900-6339
E-mail: nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIEGO A. CRUZ-GOMEZ<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:21-cv-00577-APG-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Civil Rule 7.3, DIEGO A. CRUZ-GOMEZ ("Plaintiff"), makes the following disclosures:

1. Diego A. Cruz-Gomez, Plaintiff
2. I.Q Data International, Inc., Defendant
3. Law Office of Nicholas M. Wajda, Esq., Attorneys for Plaintiff

DATED: April 9, 2021                        Respectfully submitted,

                                            */s/ Nicholas M. Wajda*
                                            Nicholas M. Wajda
                                            LAW OFFICE OF NICHOLAS M. WAJDA, ESQ.
                                            871 Coronado Center Drive, Ste. 200
                                            Henderson, NV 89052
                                            Telephone: (702) 900-6339
                                            E-mail: nick@wajdalawgroup.com
                                            *Attorney for Plaintiff*

1